NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CU-0770

Robert James Ragland

- - Versus - -

Katherine Diamond Ragland

Family Court of East Baton Rouge
Case #: 209479
East Baton Rouge Parish

On Application for Rehearing filed on 01/05/2023 By Katherine Diamond Ragland

Rehearing  *denied*

_____
Page McClendon

_____
Guy Holdridge

Date **MAR 0 3 2023**

_____
Rodd Naquin, Clerk